UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCELINO VARELA,<br><br>         Petitioner,<br><br>   vs.<br><br>J. HARTELY,<br><br>         Respondent.<br>_____/ | 1:08-cv-01201-TAG (HC)<br><br>ORDER AUTHORIZING<br>IN FORMA PAUPERIS STATUS |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed *in forma pauperis*. The petition will be screened in due course.

IT IS SO ORDERED.

Dated: **August 18, 2008**                                             /s/ Theresa A. Goldner
                                                                         UNITED STATES MAGISTRATE JUDGE